UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIWA NAHADI, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 1:23-cv-00601 (TSC) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| *Defendants*. | ) |

## PLAINTIFFS' MEMORANDUM ON THE ADMISSIBILITY OF EVIDENCE

### INTRODUCTION

Counsel hopes that this Memorandum on the Admissibility of Evidence will assist the Court in understanding the issues involved in Plaintiff's Motion for Default Judgment.

### INDIVIDUAL EXHIBITS

The exhibits and the grounds for their admission are as follows:

| Exhibit | Legal Grounds Admissibility |
|---|---|
| 1 - Declaration of Plaintiff Shiwa Nahadi | This exhibit is offered as firsthand testimony under Rule 803(3) as evidence of the impact of Defendant's treatment of Plaintiff. |
| 2 - Declaration of Plaintiff Tara Mahmoudzadeh | This exhibit is offered as firsthand testimony under Rule 803(3) as evidence of the impact of Defendant's treatment of Plaintiff. |
| 3 - Declaration of Karim Farkhapur, Director of the Administration Secretariat, Kurdistan Democratic Party of Iran ("KDPI") | This exhibit is offered as firsthand testimony under Rule 803(5) and (20) regarding the recollection of a witness on the attack at issue and as background on the area. |
| 4 - Evidentiary photographs of the damages of the area of the school and headquarters after the attack, submitted by Mr. Farkhapur, KDPI. | Photographs of Koya after the attack, submitted for explanatory purposes and pursuant to Rule 1001. |
| 5 - Shiwa Nahadi, Certificate of Naturalization | This certificate is offered under Rule 803(9) as evidence of Plaintiff's U.S. citizenship. |

| | |
|---|---|
| 6 - Omer Mahmoudzadeh, U.S. Passport | This certificate is offered under Rule 803(9) as evidence of Plaintiff's U.S. citizenship. |
| 7 - Shiwa Nahadi & Omer Mahmoudzadeh, Certificate of Marriage | This certificate is offered under Rule 803(9) and (12) as evidence of Plaintiff's Marriage to Decedent |
| 8 - Tara Mahmoudzadeh, Birth Certificate | This certificate is offered under Rule 803(9) as evidence of Plaintiff's U.S. citizenship and familial relationship to Decedent |
| 9 - Tara Mahmoudzadeh, U.S. Passport | This certificate is offered under Rule 803(9) as evidence of Plaintiff's U.S. citizenship. |
| 10 - Death Certificate of Omer Mahmoudzadeh | This certificate is offered under Rule 803(9) as evidence of Decedent's time, location, and manner of death, and to corroborate his citizenship. |
| 11 - Offer to Arbitrate | This exhibit is offered to fulfill this Court's procedural requirements. |
| 12 - Official Telegraph Post by Iranian Revolutionary Guard Corps "The moment when the suicide drone of the Islamic Revolutionary Guard Corps hit the heart of the terrorist headquarters in the Kurdistan region of Iraq" https://t.me/sepah_news1/37159 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 13 - Official Telegraph Post by Iranian Revolutionary Guard Corps "The terrorist member of the terrorist group of the Kurdistan Democratic Party, Omar Mahmoudzadeh, was captured under the heavy fire of the Islamic Revolutionary Guard Corps." https://t.me/sepah_news1/37158 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 14 - Official Telegraph Post by Iranian Revolutionary Guard Corps "The moment IRGC missiles hit the Democratic Party terrorist group during a live interview with Kamal Karimi, a senior member of the Hadaka terrorist group." https://t.me/sepah_news1/37157 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 15 - Official Telegraph Post by Iranian Revolutionary Guard Corps "We have no complaints with anyone, security is our red line, if you do evil, you will get rockets in the middle of your city in broad | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |

| | |
|---|---|
| daylight."<br>https://t.me/sepah_news1/37169 | |
| 16 - Official Telegraph Post by Iranian Revolutionary Guard Corps "The pictures of some terrorists of the Democratic Party who were killed in the attacks yesterday. The names of some terrorists: Terrorist Hajar Zargeh, Terrorist Rehyana (Shima) Kanani, Terrorist Omar Mahmoudzadeh, Terrorist Miladpur Sahib."<br>https://t.me/sepah_news1/37170 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 17 - Images of the IRGC ground force's powerful artillery attack using Fatah's short-range tactical missiles on separatist terrorists' strongholds in the Kurdistan region of Iraq.<br>https://t.me/sepah_news1/37182 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 18 - Official Telegraph Post by Iranian Revolutionary Guard Corps "Fatah ballistic missile launchers belonging to IRGC ground forces, which on Wednesday, for the first time, used these short-range missiles against terrorist positions deep in the Kurdistan region. The range of this short-range missile is 120 km."<br>https://t.me/sepah_news1/37175 | This exhibit is offered as an out-of-court statement made by a party-opponent against own interest pursuant to 801(d)(2) and 804(b)(3) |
| 19 - Statement by National Security Advisor Jake Sullivan on Iran's Missile and Drone Attacks in Northern Iraq, September 28, 2022, The White House | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 20 - Press Statement, Iranian Attacks on the IKR, September 28, 2022, U.S. Department of State | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 21 - Department Press Briefing – September 28, 2022, U.S. Department of State | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record. |

| | |
|---|---|
| | Also, much of it is not offered for the truth of the matter asserted. |
| 22 - Press Release, Iraq Ministry of Foreign Affairs, September 28, 2022 | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 23 - Statement Attributable to the Spokesperson for the Secretary General – on Iraq, United Nations | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 24 - Press Statement, UK Condemns Iranian Attack on the Kurdistan Region of Iraq, September 28, 2022, UK Foreign, Commonwealth & Development Office | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 25 - Tweet from Official Account of David Hunt, username @DavidHuntFCDO, UK Counsel General to Erbil | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 26 - Report by Human Rights Watch, Iraq: Iran Attacks Kill Civilians in Kurdistan Region *Civilians, Refugees Injured, Killed, Displaced*, October 19, 2022. | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 27 - Foreign Service of Process completed by U.S. State Department on October 24, 2023, with certified copy of diplomatic note | This exhibit is offered to fulfill this Court's procedural requirements. |
| 28 - Statement by Press Secretary ONO Hikariko, Attacks on the Kurdistan Region of northern Iraq, September 29 2022 | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 29 - Statement by the Statement by the Office of the United Nations High Commissioner for Refugees Erbil, Iraq, September 28 2022 | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record. |

| | Also, much of it is not offered for the truth of the matter asserted. |
|---|---|
| 30 - Remarks by United States Mission to the United Nations, Ambassador Richard Mills, Deputy U.S. Representative to the United Nations, October 4 2022 | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 31 - Tweet/ X-post from German Consulate Erbil, official X/Twitter @GermanyInKRI, September 28 2022 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 32 - Article by The Guardian, Iran Launches Airstrikes against Kurdish group in Norther Iraq, *Deadly attacks comes in response to the KDPI support for ongoing protests over Mahsa Amini death in custody,* September 28 2022 | This article is submitted to support the historic record of the case pursuant to Rule 902(6) |
| 33 - Report by Human Rights Watch, World Report: 2023 Iran | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 34 - Report by the Defense Intelligence Agency, IRAN Enabling Houthi Attacks Across the Middle East, February 2024 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 35 - Article by the Middle East Eye, Iran: Deadly Bombing of Iranian Kurdish opposition inside Iraq sparks outrage, 28 September 2022 | This article is submitted to support the historic record of the case pursuant to Rule 902(6) |
| 36 - News report by Voice of America, Iran Conducts Missile Attacks in Kurdistan Region of Iraq, September 29 2022 | This article is submitted to support the historic record of the case pursuant to Rule 902(6) |
| 37 - Journal Article published by British Journal of Pain, Traumatic Amputations, National Library of Medicine, National Center for Biotechnology information*,* publication No: 7(2): 67–73, May 2013, | This scholarly article from a published periodical is not offered for the truth of the matter asserted but rather has background information regarding the type of injury suffered by Decedent. It is offered pursuant to Rule 803(18). |

| | |
|---|---|
| 38 - Report by the Congressional Research Service, Iran: Background and U.S. Policy, January 26 2024 | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 39 - Service of Process Package, Return to Sender Notice, April 29, 2023. | This exhibit is offered to fulfill this Court's procedural requirements. |
| 40 - ITVERP, Terrorist Incident Designation List, Highlighted Entry. | This webpage is an official record of the U.S. government, listing international terrorism events in which U.S. citizens were victimized, including the highlighted entry, confirming that the U.S. has recognized the attack at issue in this case as an act of international terrorism and is admissible pursuant to Rule 402. |
| 41 - UNICEF Condemns attack on School in Koya, September 28, 2022. | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 42 - Report by Watch Dog Organization, Air Wars on September 28, 2022, attack. | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 43 - U.S. State Department, State Sponsors of Terrorism Designation List | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 44 - Report of the Special Rapporteur on the situation of human rights in the Islamic Republic of Iran, Javaid Rehman, *Situation of Human Rights in the Islamic Republic of Iran*, U.N. HUMAN RIGHTS COUNCIL, February 7, 2023 (A/HRC/52/67). | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 45 - Michael Rubin, *A Short History of the Iranian Drone Program*, AMERICAN ENTERPRISE INSTITUTE (2020). | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 46 - Report: Statelessness and Risks of Statelessness in Iraq, UNHCR (September 21, 2022) | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record. |

| | Also, much of it is not offered for the truth of the matter asserted. |
|---|---|
| 47 - Policy Discussion: Kenneth McKenzie Jr, Spleeters, Damien, and Lincy, Valerie, *Iran's Military Drone Program: Security Implications and Policy Responses*, PolicyWatch 3734, WASHINGTON INSTITUTE, (April 24, 2023). | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 48 - Roundtable Report, *Clipping Tehran's Wings: How Supply-Side Controls Can Impede the Iranian Drone Program*, IRAN WATCH (February 2023). | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 49 - Report: United Nations Security Council Panel of Experts on Yemen, Doc. No. S/2021/79 (Jan. 25, 2021). | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.  Also, much of it is not offered for the truth of the matter asserted. |
| 50 - "22 Countries Vying for Iranian Drones: General", Tasnim News Agency, Oct. 18, 2022. | This article is submitted to support the historic record of the case pursuant to Rule 902(6) |
| 51 - Report: Iranian UAVs in Ukraine: A Visual Comparison, Defense Intelligence Agency, August 2023. | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.  Also, much of it is not offered for the truth of the matter asserted. |
| 52 - Guidance to Industry on Iran's UAV-Related Activities, BUREAU OF INTERNATIONAL SECURITY AND NONPROLIFERATION, U.S. DEP'T OF STATE, June 9, 2023. | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.  Also, much of it is not offered for the truth of the matter asserted. |
| 53 - BILL: "Stop Iranian Drones Act" H.R. 6089, 117th Congress (2021-2022). | This is a bill that passed the House regarding the Iranian drone program, submitted to support Plaintiffs' assertion that this is an issue of import for U.S. foreign policy and national security. |
| 54 - U.S. Department of the Treasury, Press Release, Treasury Continues to Sanction Procurement Networks for Iran's UAV and Weapons Programs, March 21, 2023. | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.  Also, much of it is not offered for the truth of the matter asserted. |

| | |
|---|---|
| 55 - WEBPAGE: "Iran Sanctions", U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC), last accessed April 8, 2024. | This webpage is an official record of U.S. sanctions against Iran and is submitted for the Court's information pursuant to Rule 402. |
| 56 - Ray Takeyh, *Drone Strike Risks Dangerous U.S.-Iran Escalation*, COUNCIL ON FOREIGN RELATIONS, Jan. 29, 2024. Accessible at https://www.cfr.org/in-brief/drone-strike-risks-dangerous-us-iran-escalation. | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 57 - Report: *The Iranian Drone Threat,* UNITED AGAINST NUCLEAR IRAN, August 2023. | This report is offered to demonstrate historical records of the Islamic Republic of Iran's conduct. |
| 58 - Press Statement: Matthew Miller, "Imposing Sanctions on Networks Supporting Iran's Ballistic Missile, Defense, and Nuclear Programs", U.S. DEP'T of STATE (March 20, 2024). | This official and public statement is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 59 - Report: Douglass Barrie, *Overview: Iran's Drone Fleet, The Iran Primer*, UNITED STATES INSTITUTE OF PEACE, March 1, 2023. | This official and public report is offered under Rules 803(8) and 803(20) to support assertions of historical record.<br><br>Also, much of it is not offered for the truth of the matter asserted. |
| 60 - Declaration Egin Zade | Direct Declaration. |
| 61- Estate of Omer Mahmoudzadeh Certificate of Qualification | Official Document |

Respectfully submitted,

                                         _/s/ Ali Herischi_
Ali Herischi, Esq.
MD0024
Herischi Human Rights Law Center
11300 Rockville Pike, Ste 712
North Bethesda, MD 20852
ali.herischi@ibhlaw.com
Tel.: 301.363.4540
Fax: 301.363.4538

*Counsel for Plaintiff*