**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**SHIWA NAHADI,** *et al.*

               Plaintiffs,

      v.

**ISLAMIC REPUBLIC OF IRAN,** *et al.*

             Defendants.

Civil Action No. 23-cv-601

---

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 13, Plaintiffs' Motion for Default Judgment against Defendants Islamic Republic of Iran and the Islamic Revolutionary Guard Corps, ECF No. 12, is hereby GRANTED IN PART and DENED IN PART.  The court

**ORDERS** the Estate of Omer Mahmoudzadeh be awarded $1 million in damages for pain and suffering. The court further

**ORDERS** that Plaintiffs Shiwa Nahadi and Tara Mahmoudzadeh be awarded $10 million and $5 million, respectively, in damages for solatium and intentional infliction of emotional distress.  The court further

**ORDERS** that Plaintiffs be awarded $150 million for punitive damages.  The court further

**ORDERS** that Plaintiffs shall promptly serve a copy of this Order and the accompanying Memorandum Opinion on Defendants Islamic Republic of Iran and the Islamic Revolutionary Guard Corps.

Date: April 25, 2025

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge